**Electronically Filed
Supreme Court
SCWC-22-0000639
03-NOV-2025
08:00 AM
Dkt. 10 ODAC**

SCWC-22-0000639

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KHAMTAY K. MOUNSENA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000639; CASE NO. 1DCC-22-0002426)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Ashford, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on September 22, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 3, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ James H. Ashford

